Electronically Filed
Intermediate Court of Appeals
29806
02-JAN-2014
10:49 AM

NO. 29806

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

REGINALD KEALOHA, Plaintiff-Appellant,
v.
KAHULUI TRUCKING & STORAGE, INC. dba
A&B FLEET SERVICES; ISLAND EQUIPMENT, INC. dba
AMERICAN MACHINERY; and DOE ENTITIES 1-20,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-224)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Memorandum Opinion, filed on October 29, 2013, is hereby corrected as follows:

1.    On page 2, in the twenty-first line, the word "longshoremen" should be replaced with "longshoreman".

2.    On page 4, in the twenty-sixth line, "Brother" should be corrected to read "Brothers".

3.    On page 10, in the tenth line, the word "owned" should be replaced with "owed".

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

4.     On page 11, in the fifth line, the word "of" should be inserted between the "part" and "his" so that as corrected, the text reads: ". . . it was part of his responsibility . . . ."

5.     On page 12, in the eighteenth line, the word "were" should be replaced with "are" so that as corrected the text reads:  ". . . that are compatible . . . ."

6.     On page 12, in the nineteenth line, the word "is" should be inserted between "#215" and "not" so that as corrected, the text reads: ". . . Hi-Lift #215 is not among . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 2, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge